UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KIMBERLY REGENESIS, LLC,
and DAMASCUS TRADING
COMPANY, LLC,

       Plaintiffs,

vs.                                      Case No. 2:19-cv-538-FtM-38NPM

LEE COUNTY,

       Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTIONS TO COMPEL IN EXCESS OF 25 PAGES**

       Defendant, Lee County, by and through the undersigned counsel, hereby responds to Plaintiffs' Motion for Leave to File Motions to Compel in Excess of 25 Pages (Dkt. No. 53). In the Motion, Plaintiff seeks leave to file 64 pages of briefing regarding two different motions to compel. Plaintiff's Motion is premature as the parties have not completed the conferral required by Rule 37 and Local Rule 3.01(g). Contrary to Plaintiff's representation, Defendant sought to have another conferral regarding these discovery requests in an attempt to narrow the disputes for the Court. Plaintiffs responded by filing this motion. Defendant stands willing to confer and believes that further conferral is appropriate before burdening the Court with 64 pages of briefing regarding discovery issues.

       The parties had an initial conferral call on October 5, 2020. Prior to the call, Plaintiff had not provided any indication of their specific objections to Defendant's responses, which were timely served on September 15, 2020. Specifically, prior to the call, Plaintiffs had provided no

indication that they were withdrawing certain requests or offering to narrow, clarify, or define other requests. Defendant's counsel was provided with no information for which she could confer with her client prior to the call. During the call, which lasted more than two hours, Plaintiff verbally agreed to narrow, withdraw, or define certain requests. Plaintiff did not provide anything in writing until the next day. As Defendant's counsel explained during the call, she had several other immediate and pressing professional obligations and proceedings, including an arbitration, but that she would confer with Defendant when she was available in order to be able to provide a response to Plaintiffs' revised requests. Defendant's counsel explained that the parties would need to confer again to discuss Defendant's response to Plaintiff's proposed revisions to these discovery requests. Plaintiffs' counsel, however, insisted on filing this instant motion instead of completing the discovery conferral.

Moreover, Plaintiffs' request, in and of itself, is confusing and unclear. While Plaintiffs admits that they have withdrawn requests, they assert that they need 64 pages in order to provide the Court with the all of the questions and answers to all of the discovery requests, even though some of the requests have been withdrawn. This request does not make any sense.

WHEREFORE, Defendant requests that the Court deny Plaintiffs' Motion for Leave to File Motions to Compel in Excess of 25 Pages (Dkt. No. 53) as premature and direct Plaintiffs to confer further regarding these discovery requests prior to filing a burdensome and lengthy motion to compel.

Dated this 5th day of November, 2020.

Respectfully submitted,

**s/Sacha Dyson**
GREGORY A. HEARING
Florida Bar No.: 817790
gregory.hearing@gray-robinson.com
SACHA DYSON
Florida Bar No.: 509191
sacha.dyson@gray-robinson.com
JULIA C. MANDELL
Florida Bar No.: 81442
julia.mandell@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
Post Office Box 3324 (33601-3324)
Tampa, Florida, 33602
Tel:  (813) 273-5000
Fax:  (813) 273-5145
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James K. Green
JAMES K. GREEN, P.A.
Suite 1650, Esperante
222 Lakeview Avenue
West Palm Beach, FL 33401
jkg@jameskgreenlaw.com
ATTORNEY FOR PLAINTIFFS

**s/Sacha Dyson**
Attorney