# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

KIMBERLY REGENESIS, LLC
and DAMASCUS TRADING
COMPANY, LLC,

      Plaintiffs,

v.                                              Case No: 2:19-cv-538-SPC-NPM

LEE COUNTY,

      Defendant.
_____/

## **ORDER**[1]

      Before the Court are Defendant Lee County's and Plaintiffs Kimberly Regenesis, LLC and Damascus Trading Company, LLC's responses on whether this case should be stayed pending Defendant's appeal.  (Doc. 115; Doc. 116).  Like the Court, both parties believe the interests of judicial economy are served by staying this case in its entirety while Defendant's appeal pends.  The Court thus will exercise its discretion to stay this case.

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The above-caption case—in its entirety—is **STAYED** pending Defendant Lee County's appeal of the rulings on its Motion for Protective Order. (Doc. 109).

1. Defendant is **DIRECTED** to notify the Court within **three days** of the Eleventh Circuit resolving its appeal.

2. Defendant is **DIRECTED** to provide a detailed status update about the appeal's progress on or before **February 14, 2022,** and every **ninety days** thereafter until the appeal ends.

**DONE** and **ORDERED** in Fort Myers, Florida on November 15, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record